

IN THE
TENTH COURT OF APPEALS

No. 10-11-00218-CV

IN RE DEBBIE ECHOLS

Original Proceeding

## MEMORANDUM OPINION

Relator's[1] petition for writ of mandamus is denied. Relator's motion for emergency stay is dismissed as moot.

AL SCOGGINS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Petition denied
Opinion delivered and filed June 16, 2011
[OT06]

---

[1] The petition appears to be filed on behalf of both Debbie Echols and Rhonda Echols, pro-se. Because only Debbie Echols signed the petition pro-se, this Court could only rule on any requested relief as to Debbie Echols.